IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TRAVIS BROWN,<br><br>Defendant. | **8:20CR254**<br>**8:20CR289**<br><br>ORDER |

Initial Appearance – Revocation Proceedings set for 11/18/2026 at 1:30 PM in Courtroom 7, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, NE before Magistrate Judge Ryan C. Carson as to defendant Travis Brown. The defendant must be present. The United States Marshal shall use reasonable force as necessary to facilitate the defendant's appearance as ordered.

DATED this 18th day of November, 2026.

BY THE COURT:

s/ Ryan C. Carson
United States Magistrate Judge